JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. S., | CASE NO. EDCV 20-2296-AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff. The decision of the Commissioner is reversed and this matter is remanded for consideration of a closed period of disability beginning December 1, 2017.

DATED: May 11, 2023

_____
ALICIA G. ROSENBERG
United States Magistrate Judge